AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>BURNS, MICHELLE H. | 2. Court or Organization<br><br>Phoenix, District Court | 3. Date of Report<br><br>07/12/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>Sandra Day O'connor Courthouse<br>401 W. Washinton St. SPC 12<br>Phoenix, Arizona 85003-2146 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Burns, Nickerson, and Taylor, S-Corp. salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Judiciary | 05/22/3018-05/25/2018 | Girdwood, AK. | MJ Executive Board Meeting | hotel, ransportation, meals |
| 3. | Judiciary | 06/11/2018-06/13/2018 | El Paso, TX | Border Conference | hotel, transportation, meals |
| 4. | Judiciary | 07/23/2018-07/26/2018 | Anaheim, CA | Ninth Circuit Judicial Conf. | transportation, hotel, meals |
| 5. | Judiciary | 08/25/2018-08/29/2018 | Missoula, MO | Chief District Judges & Clerks' Conf. | transportation, hotel, meals |
| 6. | Judiciary | 09/07/2018-09/08/2018 | Tucson, AZ | District Judges Conference | transportation, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **BURNS, MICHELLE H.** | 07/12/2019 |

| | | | | |
|---|---|---|---|---|
| 7. | Judiciary | 10/03/2018-10/05/2018 | Tucson, CA | MJ Executive Board Meeting | transportation, hotel, meals |
| 8. | Judiciary | 10/17/2018-10/19/2018 | San Francisco, CA | Ninth Circuit Judicial Council Mtg. | transportation, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 07/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Interest Checking Account Bank of America | A | Interest | J | T | | | | | |
| 2. Partnership - Burns Fulton | C | Distribution | L | U | | | | | |
| 3. Interest checking wells fargo bank | A | Interest | J | T | | | | | |
| 4. Fidelity Insvestments Brokerage Account (751) | | | | | | | | | |
| 5. ---Fidelity Cash Account | A | Interest | K | T | | | | | |
| 6. ---Blackrock Emerg Mkts | A | Dividend | J | T | | | | | |
| 7. Fidelivy Investments Managed Acct (502) | | | | | | | | | |
| 8. ---Fid. Intl Small Cap Opp | A | Dividend | J | T | | | | | |
| 9. --Fid. Large Cap Stock | A | Dividend | | | Sold | 12/14/18 | J | | |
| 10. --Fed Adv Mega Cap Stock | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 11. --Fd. Conservativ Income Muni Bd cl 1 | A | Dividend | | | Sold | 01/09/18 | J | | |
| 12. --Strateg Adv Tax Sensitive SD | A | Dividend | K | T | Buy | 01/09/18 | K | | |
| 13. --Fid Sai Tax Free Bond Fund | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 14. --Acadian Emerg Mkts Port Invstr | A | Dividend | J | T | Buy | 09/10/18 | J | | |
| 15. ---Lazard Emerging Mkts Equity Op cl shs | A | Dividend | J | T | Sold<br>(part) | 01/09/18 | J | | |
| 16. ---Mainstay Tax Free Bond Cl. A | A | Dividend | J | T | Sold<br>(part) | 10/12/18 | J | | |
| 17. --Mainstay MacKay High Yield Muni Bd | A | Dividend | J | T | Buy | 10/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. ---T Rowe Price Tax Free High Yield Adv | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 19. ---T Rowe Price New Era | A | Dividend | J | T | | | | | |
| 20. ---BlackRock Natl Muni Fund | A | Dividend | K | T | Buy<br>(add'l) | 03/14/18 | J | | |
| 21. ---Franklin Fed. Tax Free Cl. | A | Dividend | | | Sold | 10/02/18 | K | | |
| 22. --IShares MSCI Emerg Mkts ETF | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 23. ---IShares Russell Midcap Val | A | Dividend | J | T | | | | | |
| 24. ---IShares Russel Mdcp Grwth | A | Dividend | J | T | | | | | |
| 25. ---IShares Russell 1000 Val. | A | Dividend | K | T | | | | | |
| 26. ---IShares Russell 2000 ETF | A | Dividend | | | Sold | 09/11/18 | J | | |
| 27. ---MFS Internl Value Fund | A | Dividend | K | T | | | | | |
| 28. ---SPDR S&P500 EFT Tr Unit | A | Dividend | L | T | | | | | |
| 29. ---Sector SPDR TR Shs Ben int | A | Dividend | J | T | | | | | |
| 30. ---Tmplton Global Bond cl A | A | Dividend | J | T | | | | | |
| 31. --Vanguard FTSE Dev Mkt EFT | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 32. --Vanguard Sector Index FDS | A | Dividend | J | T | Buy | 03/21/18 | J | | |
| 33. --Vanguard Long Term Tax Expt Adm | A | Dividend | K | T | Buy | 05/01/18 | K | | |
| 34. --Vanguard Index FDS Midcap Growth | A | Dividend | K | T | Buy | 03/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --Vanguard Index FDS Small Cap | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 36. --Vanguard Index FDS Growth | A | Dividend | K | T | Buy | 01/10/18 | K | | |
| 37. --Vanguard Index FDS Value | A | Dividend | K | T | Buy | 03/27/18 | K | | |
| 38. --Vanguard Index FDS Small Cap | A | Dividend | J | T | Buy | 03/17/18 | J | | |
| 39. ---Wells Fargo Muni | A | Dividend | K | T | Buy | 01/09/18 | J | | |
| 40. ---Artisan Int' Value Fund | A | Dividend | J | T | | | | | |
| 41. ---Oppenheimer Intl Bnd fd | A | Dividend | J | T | Buy | 01/09/18 | J | | |
| 42. ---TRowe Price RealEst fnd | A | Dividend | J | T | | | | | |
| 43. ---Oppenhmer Dev Mkts fd | A | Dividend | J | T | | | | | |
| 44. ---Acadian Emg Mkts Port Invstr | A | Dividend | J | T | | | | | |
| 45. ---Harbor Int'l | A | Dividend | | | Sold | 09/10/18 | J | | |
| 46. --Oakmark Fund Invester Cl | A | Dividend | K | T | Buy | 07/06/18 | K | | |
| 47. ---T-Rowe Pc Int'l stock | A | Dividend | J | T | | | | | |
| 48. --Wasatch Frontier Emerging Small Cos | A | Dividend | | | Sold | 09/06/18 | J | | |
| 49. --Wells Fargo Special Mid Cap ADM | A | Dividend | | | Sold | 09/10/18 | J | | |
| 50. --Fidelity Municipal Money Mkt | A | Dividend | J | T | | | | | |
| 51. --IShares Russell 1000 Growth ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --IShares S&P Smallcap 600 Value | A | Dividend | | | Sold | 09/11/18 | J | | |
| 53. --IShares S&P Smallcap 600 Growth ETF | A | Dividend | J | T | | | | | |
| 54. --IShares Tr Eafe SML CP ETF | A | Dividend | J | T | Buy | 09/11/18 | J | | |
| 55. IRA #1 (695) | | | | | | | | | |
| 56. --Fidelity Small Cap | A | Dividend | J | T | | | | | |
| 57. --Fidelity ContraFund | A | Dividend | K | T | | | | | |
| 58. --Fidelity Equity Income | A | Dividend | J | T | | | | | |
| 59. --Fidelity Dividend Growth | A | Dividend | J | T | | | | | |
| 60. --Fidelity Export and intern'l | A | Dividend | J | T | | | | | |
| 61. --Fidelity int'l discovery | A | Dividend | J | T | | | | | |
| 62. --Nokia OYJ ADR | A | Dividend | J | T | | | | | |
| 63. --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 64. --Yum! Brank Inc. | A | Dividend | K | T | | | | | |
| 65. --Mathews China Fund | A | Dividend | J | T | | | | | |
| 66. --Cisco SysInc | A | Dividend | J | T | | | | | |
| 67. --General Electric | A | Dividend | J | T | | | | | |
| 68. --Fidelity NASDAQ Composite INdex | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  --Fidelity Large Cap Value Enhanced INdex | A | Dividend | J | T | | | | | |
| 70.  --/Fidelity Equity Divident Income Fund | A | Dividend | J | T | | | | | |
| 71.  --VAnguard 500 Index FD Investor SHS | A | Dividend | K | T | | | | | |
| 72.  IRA #2 (687) | | | | | | | | | |
| 73.  --Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 74.  --Fidelity Equity Income | A | Dividend | J | T | | | | | |
| 75.  --Fidelity Equity Income II | A | Dividend | J | T | | | | | |
| 76.  ---Fidelity 500 Index Premium C;ass | A | Interest | K | T | | | | | |
| 77.  IRA #3 (R-840) | | | | | | | | | |
| 78.  --Spartan 500 Index FD Advantage Class | A | Interest | J | T | | | | | |
| 79.  --Intel Corp. | A | Dividend | J | T | | | | | |
| 80.  IRA #4 (R - 832) | | | | | | | | | |
| 81.  --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 82.  IRA #5 (SEP 709) | | | | | Sold | 04/30/15 | M | | |
| 83.  --Fidelity Stock Selector | A | Dividend | | | | | | | |
| 84.  --Fidelity Asset Mgr | A | Dividend | | | | | | | |
| 85.  --Fidelity ContraFund | A | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. --Fidelity Low Price Stock | A | Dividend | | | | | | | |
| 87. --Fidelity Value Fund | A | Dividend | | | | | | | |
| 88. --Fidelity Cash Reserves | A | Interest | | | | | | | |
| 89. Fidelity SEP IRA Managed Account (053) | | | | | | | | | |
| 90. ---Fid. SAI US Large Cap Index | A | Dividend | J | T | | | | | |
| 91. ---Fid. SAI Intern'l Index | A | Dividend | J | T | | | | | |
| 92. ---Fid. SAI Emerg Markets Index | A | Dividend | J | T | | | | | |
| 93. ---FIMM Govt. Portfolio Inst Cl | A | Dividend | J | T | | | | | |
| 94. ---AQR Managed Futures Fund CL N. | A | Dividend | J | T | | | | | |
| 95. ---Eaton Vance GL Macro Absolute RTRN | A | Dividend | J | T | | | | | |
| 96. ---Strategic Advsrs Core Fnd | A | Dividend | L | T | | | | | |
| 97. ---Strategic Advrs Grwth Fnd | A | Dividend | K | T | | | | | |
| 98. ---Strategic Advsrs Value Fnd | A | Dividend | K | T | | | | | |
| 99. ---Strategic Advsrs Emrng mkts | A | Dividend | K | T | | | | | |
| 100. ---Strategic Advsrs us oppt fnd | A | Dividend | J | T | | | | | |
| 101. ---Strategic Adv smll-mid cap | A | Dividend | K | T | | | | | |
| 102. ---Strategic Advsrs Internl fnd | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ---Strategic Adv shrt durtn fnd | A | Dividend | J | T | Sold (part) | 02/13/18 | J | | |
| 104. ---Strategic Adv income oppty | A | Dividend | J | T | | | | | |
| 105. ---Strategic Adv core incm fnd | A | Dividend | L | T | | | | | |
| 106. ---Pimco total rtrn admin shs | A | Dividend | J | T | | | | | |
| 107. IRA #6 | | | | | | | | | |
| 108. --Blackrock Glbal | A | Dividend | K | T | | | | | |
| 109. Nationwide Retirement Solutions - deferred compensation acct | | | | | | | | | |
| 110. --Fidelity Contrafund | A | Dividend | | | Sold | 06/11/14 | M | | |
| 111. --State Str. Eq S&P 500 | A | Dividend | | | Sold | 06/11/14 | M | | |
| 112. --Vanguard 500 Index Fund | A | Dividend | N | T | Buy | 06/11/14 | N | | |
| 113. Fidelity 529 Education Account (773) | | | | | | | | | |
| 114. --NH Portfolio 2015 | A | Dividend | | | Distributed | 01/12/18 | J | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BURNS, MICHELLE H.** | 07/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part VII, lines 109 to 112.  Due to oversight, I did not realize the funds in my husband's deferred compensation/retirement account created by my husband's prior employer, had changed from the Fidelity Contra  and State S&P 500 investments to the Vanguard investment.  I was able to determine that the change from the State S&P fund occurred on the date listed in 2014, but am not sure when the Contra Fund was omitted, as statements older than 2013 are not available online.  If necessary, I could obtain that information.

Also, regarding Part VII, line 82.  Due to oversight, I did not previously report that this SEP account was consolidated with my managed SEP account, ending in -053 (line 89) in 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ MICHELLE H. BURNS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544